IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CARL R. TITUS, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 5:15-cv-111-RWS-CMC |
| PILGRIM'S PRIDE CORPORATION, | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Joint Stipulation of Dismissal With Prejudice filed by Plaintiff Carl R. Titus and Defendant Pilgrim's Pride Corporation, IT IS HEREBY ORDERED that all claims in the above-captioned action by and between Plaintiff Carl R. Titus and Defendant Pilgrim's Pride Corporation are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees and expenses. The Clerk is ORDERED to close civil action number 5:15-cv-111.

**So ORDERED and SIGNED this 5th day of October, 2015.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE